JUL 25 2019
U.S. DISTRICT COURT
EASTERN DISTRICT OF MO
ST. LOUIS

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>RYAN LAMAR DAVIS,<br><br>　　　　Defendant. | **4:19CR00581 CDP/SPM** |

## INDICTMENT

### COUNT ONE

The Grand Jury charges that:

On or about June 6, 2019, in the County of St. Louis, within the Eastern District of Missouri,

**RYAN LAMAR DAVIS,**

the Defendant herein, knowing he had been previously convicted of one or more crimes punishable by a term of imprisonment exceeding one year, did knowingly possess a firearm, which traveled in interstate or foreign commerce during or prior to being in the Defendant's possession.

In violation of Title 18, United States Code, Section 922(g)(1).

　　　　　　　　　　　　　　　　　　　　　　　　A TRUE BILL

　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　FOREPERSON

JEFFREY B. JENSEN
United States Attorney

_____
SAYLER A. FLEMING, #58775MO
Assistant United States Attorney